# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



| | |
|---|---|
| PETER V. SOUMPHONPHAKDY<br><br>*Plaintiff(s)*<br><br>v.<br><br>ASPIRE FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES LLC<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-00507 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aspire Federal Credit Union
67 Walnut Ave #401
Clark, NJ 07066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:
Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN C. DRIES, CLERK OF COURT

Date: 03/31/2020

s/Mary Murawski, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:20-cv-00507

PETER V. SOUMPHONPHAKDY v.
ASPIRE FEDERAL CREDIT UNION and

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Aspire Federal Credit Union**
was received by me on *(date)* **Apr 10, 2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ivan Feldman, CFO**, who is designated by law to accept service of process on behalf of *(name of organization)*
**Aspire Federal Credit Union** on *(date)* **Apr 13, 2020** ; or

☐ I returned the summons unexecuted because
Date:

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0.00** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: 4/13/20

*Server's signature*

**Doug Voight, Process Server**
*Printed name and title*

52700

**40 Pill Hill Road Bernardsville, NJ 07924**
*Server's address*

Additional information regarding attempted service, etc: Documents **(Summons, Complaint)** were served/attempted at: **67 Walnut Ave #401, Clark, NJ 07066**

**Notes:**