IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
EASTERN DIVISION

| | |
|---|---|
| PETER V. SOUMPHONPHAKDY,<br><br>Plaintiff,<br><br>v.<br><br>ASPIRE FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:20-cv-00507-WED |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that PETER V. SOUMPHONPHAKDY (the "Plaintiff") and EQUIFAX INFORMATION SERVICES LLC (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: May 29, 2020

Respectfully submitted,

**PETER V.SOUMPHONPHAKDY**

By: */s/ Mohammed Badwan*
Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com