IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| PETER V. SOUMPHONPHAKDY,<br><br>  Plaintiff,<br><br>v.<br><br>ASPIRE FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES LLC,<br><br>  Defendants. | Case No. 2:20-cv-00507-BHL |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, PETER V. SOUMPHONPHAKDY and the Defendant ASPIRE FEDERAL CREDIT UNION, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant ASPIRE FEDERAL CREDIT UNION, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 29, 2020            Respectfully Submitted,

| | |
|---|---|
| PETER V. SOUMPHONPHAKDY | ASPIRE FEDERAL CREDIT UNION |
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>mbadwan@sulaimanlaw.com | */s/ Joseph M. Peltz (with consent)*<br>Joseph M. Peltz (SBN: 1061442)<br>Matthew S. Vignali (SBN: 1023288)<br>330 East Kilbourn Avenue, Ste. 1085<br>Milwaukee, WI 53202<br>Phone: 414-273-4200<br>Fax: 414-273-7786<br>E-mail: jpeltz@bcblaw.net<br>E-mail: mvignali@bcblaw.net |

# **CERTIFICATE OF SERVICE**

      I hereby certify on October 29, 2020, I electronically filed with the Clerk of the U.S. District Court, Eastern District of Wisconsin, the foregoing Stipulation of Dismissal with Prejudice using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

      *s/ Mohammed O. Badwan*